UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES HARVIN,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner<br>of Social Security,<br><br>        Defendant. | Hon. Julien Xavier Neals<br>Civil Action No. 23-cv-01450<br><br>**Electronically Filed** |

## JUDGMENT ORDER

AND NOW, this 28th day of December, 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge